THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER BROWN COOPER,

        Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and GOLDMAN SACHS BANK USA,

        Defendants.

Case No. 2:25-cv-02247-KKE

**ORDER GRANTING STIPULATED MOTION TO ARBITRATE AND STAY ACTION AS TO DEFENDANT GOLDMAN SACHS BANK USA**

Noted for Consideration: February 11, 2026

IT IS HEREBY ORDERED THAT the Stipulated Motion to Arbitrate and Stay Action As To Defendant Goldman Sachs Bank USA is GRANTED. Plaintiff's claims against Defendant Goldman Sachs Bank USA ("GS Bank") are hereby compelled to arbitration and the proceedings in this action shall be stayed as to all claims against GS Bank pending completion of the arbitration.

IT IS SO ORDERED.

DATED this 12th day of February, 2026.

Kymberly K. Evanson
United States District Judge

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO ARBITRATE
AND STAY ACTION AS TO DEFENDANT
GOLDMAN SACHS BANK USA- 1
(Case No. 2:25-cv-02247-KKE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

*Presented By:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email:  andrew.decarlow@morganlewis.com

*Attorney for Defendant Goldman Sachs Bank USA*

**CONSUMER JUSTICE LAW FIRM**

By: *s/ Dawn McCraw*
Dawn McCraw, WSBA No. 54543
450 Alaskan Way South, Suite 200
Seattle, WA 98104
Phone: (602) 807-1527
Email: dmccraw@consumerjustice.com

*Attorney for Plaintiff*

ORDER GRANTING STIPULATED
MOTION TO ARBITRATE AND STAY
ACTION AS TO DEFENDANT GOLDMAN
SACHS BANK USA- 2
(Case No. 2:25-cv-02247-KKE)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401