UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER BROWN COOPER, | CASE NO. C25-2247-KKE |
| Plaintiff(s), | ORDER GRANTING UNOPPOSED |
| v. | MOTION TO AMEND COMPLAINT |
| EQUIFAX INFORMATION SERVICES LLC, et al., | |
| Defendant(s). | |

This matter comes before the Court on Plaintiff's motion for leave to amend the complaint. Dkt. No. 24.  Defendants have not filed any opposition.

A party may amend its pleading once as a matter of course as provided by Fed. R. Civ. P. 15(a)(1), and thereafter "only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  "The court should freely give leave when justice so requires."  *Id*.  A court "considers the following five factors to assess whether to grant leave to amend: (1) bad faith, (2) undue delay, (3) prejudice to the opposing party, (4) futility of amendment; and (5) whether plaintiff has previously amended his complaint."  *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 738 (9th Cir. 2013) (citation modified), *aff'd sub nom. Oneok, Inc. v. Learjet, Inc.*, 575 U.S. 373 (2015).  "The opposing party bears the burden to show why leave to amend should not be granted."  *Robertson v. Bruckert*, 568 F. Supp. 3d 1044, 1047 (N.D. Cal. 2021).

Plaintiff has not amended the complaint previously and neither party identifies any undue delay, bad faith, or prejudice to Defendants.

As such, the Court GRANTS Plaintiff's unopposed motion to amend the complaint. Dkt. No. 24. Plaintiff shall file his first amended complaint by March 19, 2026.

Dated this 12th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT - 2